AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case No. 23-mj157 |
| | ) | Assigned To: Magistrate Judge Zia M. Faruqui |
| Phillip Crawford | ) | Date Assigned: 7/7/2023 |
| | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                   Phillip Crawford                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (b)-Assaulting, Resisting or Impeding Certain   Officers using a Dangerous Weapon
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disord
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging In Physical Violence in a Restricted Buildings or Grounds
40 U.S.C. § 5104(e)(2) (F)- Act of Physical Violence in the Capitol Grounds or Buildings

Zia M. Faruqui
2023.07.07 14:47:20 -04'00'

Date:      07/07/2023                              _____
                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 07-07-2023 , and the person was arrested on *(date)* 07-12-2023
at *(city and state)* Douglasville, GA               .

Date: 07-12-2023                              _____
                                                                *Arresting officer's signature*

                                                              John Cordll, FBI Special Agent
                                                                  *Printed name and title*