IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | CRIMINAL CASE |
| v.   : | |
| : | No. 1:23-mj-00157-ZMF |
| PHILLIP CRAWFORD   : | |

NOTICE OF APPEARANCE AS COUNSEL

Thomas L. Hawker of the Federal Defender Program, Inc. herein files notice of his appearance, and respectfully requests that he be added as Counsel for Defendant, Phillip Crawford in the above-captioned case.

Dated: This 25th day of July, 2023.

Respectfully Submitted,

*/s/ Thomas L. Hawker*
Thomas L. Hawker
State Bar No. 091621
Attorney for Phillip Crawford

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Thomas_Hawker@fd.org