UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 23-mj-157-ZMF |
| | : | |
| **PHILLIP CRAWFORD** | : | |
| | : | |
| **Defendant.** | : | |

UNOPPOSED MOTION TO CONTINUE AND TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT

The United States of America hereby respectfully moves the Court for the entry of an unopposed order to continue the currently scheduled status conference on December 7, 2023, to December 8, 2023. The defendant, through counsel, does not oppose the continuance and does not oppose exclusion of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Date: December 4, 2023           /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Mich. Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov